**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NICOLO and CHANDA MANGIARACINA,
individuals,

                              Case No.: 8:14-cv-01166-JDW-MAP

    Plaintiffs,

v.

ORANGE LAKE COUNTRY CLUB, INC.,
a/k/a ORANGE LAKE RESORTS, d/b/a
ORANGE LAKE CAPITAL MANAGEMENT,
a Florida for-profit corporation, and
ORANGE LAKE COUNTRY CLUB VILLAS
CONDOMINIUM ASSOCIATION II, INC.,
a Florida non-profit corporation,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COME NOW**, Plaintiffs, NICOLO and CHANDA MANGIARACINA ("Plaintiffs"), by and through the undersigned counsel pursuant to Fed.R.Civ.P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby file this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiffs' settlement with ORANGE LAKE COUNTRY CLUB, INC. and ORANGE LAKE COUNTRY CLUB VILLAS CONDOMINIUM ASSOCIATION II, INC. ("Defendants"), Plaintiffs state as follows:

    1.    Plaintiffs and Defendants reached a confidential settlement in the above-styled case.

    2.    Plaintiffs hereby dismiss their claims with prejudice.

    3.    The Parties shall bear their own attorney's fees and costs.

4.       To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendants' counsel, and Defendants agree to the relief sought herein.

Submitted this 4th day of February 2016.

                              Respectfully submitted,

                              **LEAVENLAW**

                              /s/ *Aaron M. Swift*
                              **Ian R. Leavengood, Esq., FBN 010167**
                              **Aaron M. Swift, Esq., FBN 093088**
                              **Gregory H. Lercher, Esq., FBN 106991**
                              **Sara J. Weiss, Esq., FBN 115637**
                              Northeast Professional Center
                              3900 First Street North, Suite 100
                              St. Petersburg, FL 33703
                              Phone: (727) 327-3328
                              Fax: (727) 327-3305
                              consumerservice@leavenlaw.com
                              aswift@leavenlaw.com
                              glercher@leavenlaw.com
                              sweiss@leavenlaw.com
                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically served a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* this 4th day of February 2016 to:

John H. Bill, Esq.
Michael S. Kraynick, Esq.
Godbold, Downing & Bill, P.A.
222 W. Comstock Ave., Suite 101
Winter Park, FL 32789
jbill@gdb-law.com
mkraynick@gdb-law.com
*Attorneys for Defendants*

                              /s/ *Aaron M. Swift*
                              Attorney