UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLO MANGIARACINA and
CHANDA MANGIARACINA,

    Plaintiffs,

v.                                                                                  Case No: 8:14-cv-1166-T-36MAP

ORANGE LAKE COUNTRY CLUB, INC.
and ORANGE LAKE COUNTRY CLUB
VILLAS CONDOMINIUM
ASSOCIATION II, INC.,

    Defendants.
_____/

## O R D E R

Before the Court is the Notice of Settlement and Stipulation for Dismissal with Prejudice (Doc. 46). In accord with the Notice of Settlement and Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Notice of Settlement and Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 46).

2) This cause is dismissed, with prejudice. The parties shall bear their own costs and attorneys' fees.

3) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on February 5, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record